IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| PATRICIA SLOAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 623-072 |
| | ) | |
| VIDALIA CITY SCHOOL SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The June 18, 2024 Revised Scheduling Order directed the parties to file a Joint Status Report by August 20, 2024, concerning the opportunity to engage in mediation prior to filing summary judgment motions. (Doc. no. 17.) The deadline for the parties to file the Joint Status Report as set forth in the Court's Revised Scheduling Order has passed. However, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's June 18th Order on or before August 29, 2024.[1]

SO ORDERED this 22nd day of August, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.