AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PATRICIA SLOAN,

    Plaintiff,

v.

VIDALIA CITY SCHOOL SYSTEM,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 623-072

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 25, 2025, the Parties' renewed Motion for Settlement Approval is granted and the Settlement is approved. Therefore, this matter is dismissed with prejudice and this case stands closed.



11/25/2025
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020